# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |
|---|---|
| In Re:<br>  Sheila Carter<br><br>              Debtor | Case No. <u>12-58387</u><br><br>Judge: <u>HOFFMAN</u><br><br>Chapter:  13 |

## NOTICE OF CHANGE OF ADDRESS

NAME OF PARTY TO BE CHANGED:   Debtor;   Sheila Carter

FORMER ADDRESS:   2411 Dunkirk Dr.
                  Columbus, OH 43219

NEW ADDRESS:      40 W. 135th St.
                  Apt. 15G
                  New York, NY 10037

DATE: Friday, June 03, 2016      */s/ Michael A. Cox*
                                 Michael A. Cox (0075218)
                                 Attorney for Debtor
                                 Guerrieri & Cox
                                 2500 North High Street, Ste. 100
                                 Columbus, OH 43202
                                 (614) 267-2871

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the above Notice of Change of Address is served via ECF to the U.S. Trustee on Friday, June 03, 2016.

                                 */s/ Michael A. Cox*
                                 Michael A. Cox (0075218)
                                 Attorney for Debtor